# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Inex-Interexport Belgrade**      :
**Francuska 61-65**      :
**Belgrade**      :
**Serbia & Montenegro**      :
**(Yugoslavia)**      :
      :
**14 October Krusevac,**      :
**Francuska 61-65**      :
**Belgrade**      :
**Serbia & Montenegro**      :
**(Yugoslavia)**      :
      :
**IMT AD Belgrade**      :
**Francuska 61-65**      :
**Belgrade**      :
**Serbia & Montenegro**      :
**(Yugoslavia)**      :
      :
**DP FAP Famos**      :
**Francuska 61-65**      :
**Belgrade**      :
**Serbia & Montenegro**      :
**(Yugoslavia)**      :
      :
**MFK Corporation Ltd.**      :
**International Conference Centre**      :
**Suite 153**      :
**Kampala, Uganda**      :
      :
      **Plaintiffs**      :
      :
    **vs.**      :
      :
**The Republic of Nicaragua**      :
**A Foreign State**      :
**1627 New Hampshire Avenue, NW**:
**Washington DC 20009**      :
      :

**And**                                   :
                                          :
**Banco Central de Nicaragua**            :
**An Agency And Instrumentality of**:
**The Republic of Nicaragua**             :
**KM. 7 Carretera Sur**                   :
**Apartado Postal 2252-2253**             :
**Managua, Nicaragua**                    :
                                          :
         **Defendants**                   :

## COMPLAINT

COME NOW plaintiffs Inex-Interexport Belgrade, 14 October Krusevac, IMT

AD Belgrade, and DP FAP Famos Belgrade and MFK Corporation Ltd. (hereinafter

"Plaintiffs") by and through undersigned counsel, and, pursuant to F.R. Civ. P. 7, for a

demand state and aver as follows:

### JURISDICTION AND VENUE

1.      Jurisdiction is founded on 28 USC §§ 1330 and 1605(a) (2).  Venue is proper

pursuant to 28 USC § 1391(b), (c), (d) and (f) (4).


### THE PARTIES AND THEIR AGENTS AND PREDECESSORS

2.      Plaintiff Inex-Interexport Belgrade is a corporation organized under the laws of

Serbia and Montenegro(Yugoslavia).

3.      Plaintiff 14 October Krusevac is a corporation organized under the laws of Serbia

and Montenegro(Yugoslavia).

4.      Plaintiff IMT AD Belgrade is a corporation organized under the laws of Serbia

and Montenegro(Yugoslavia).

2

5.      Plaintiff DP FAP Famos Belgrade is a corporation organized under the laws of Serbia and Montenegro (Yugoslavia).

6.      Planitff MFK Corporation Ltd. is a corporation organized under the laws of Uganda and is the assignee for collection and the attorney in fact for plaintiffs Inex-Interexport Belgrade, 14 October Krusevac,  IMT AD Belgrade, and  DP FAP Famos Belgrade.

7.      Defendant the Republic of Nicaragua ("Nicaragua") is a foreign state.

8.      Defendant Banco Central de Nicaragua (the "Central Bank") is an agency and an instrumentality of Nicaragua.

9.      Plaintiffs Inex-Interexport Belgrade, 14 October Krusevac,  IMT AD Belgrade, and  DP FAP Famos Belgrade are the assignees and the successors in interest to Interexport OOUR Metali of Belgrade Yugoslavia ("Plaintiffs' Predecessor").

## THE NATURE OF THE CLAIM

10.      Plaintiffs adopt and incorporate herein by reference as if specifically set forth herein the averments of paragraphs one through nine of the Complaint.

11.      Banco Central, by and for itself and as agent of Nicaragua, entered into a series of 190 promissory notes made payable to Plaintiffs' Predecessor. True and accurate copies of the promissory notes  are appended hereto as **Exhibit A**, and are  adopted and incorporated herein by reference as if specifically set forth herein.

12.      The unpaid principal balance is US$9,266,833.48.

13.      Plaintiffs' Predecessor duly and properly demanded that payment be made in the United States.

3

14.     The activity upon which the claim herein is based, and the rights and obligations

set out herein are commercial activities, and the performance and breach thereunder had a

direct effect in the United States. Defendants are not immune from the jurisdiction of the

court because this action is based on a commercial activity carried on in the United

States by Defendants, and this action is based on an act or acts performed or to be

performed in the United States in connection with a commercial activity of Defendants

elsewhere, and because this action is based upon an act or acts outside of the territory of

the United States in connection with a commercial activity of Defendants elsewhere, and

that act or those acts caused a direct effect in the United States.

15.     No sovereign immunity is applicable to the claims in this case.


**COUNT ONE**
**(PROMISSORY NOTES – BANCO CENTRAL)**


16.     Plaintiffs adopt and incorporate herein by reference as if specifically set forth

herein the averments of paragraphs one through 15 of the Complaint.

17.     Plaintiffs are the holders in good faith of the promissory notes.

18.     The promissory notes are due and payable.

19.     Despite notice and demand the promissory notes have not been paid.

## COUNT TWO
## (PROMISSORY NOTES – NICARAGUA)

20.     Plaintiffs adopt and incorporate herein by reference as if specifically set forth herein the averments of paragraphs one through 19 of the Complaint.

21.     Nicaragua is jointly responsible with Banco Central for payment of the promissory notes.

21.     By virtue of its participation in international debt reduction programs, Nicaragua has agreed to satisfy the obligations of its agencies and political subdivisions, including Banco Central.

22.     The promissory notes are due and payable.

23.     Despite notice and demand the promissory notes have not been paid.


WHEREFORE, by all these presents, counsel for plaintiffs prays for the following relief:


1.     Judgment in the unpaid principal amount of US$9,266,883.48 in favor of plaintiffs and against defendants, jointly and severally.

2.     An award of prejudgment interest;

3.     An award of post-judgment interest; and

4.     Such other relief as may be just and proper.

Respectfully submitted,

_____

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com


_____

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

215-5D07-8



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No:  052-84

Managua, Nicaragua,

AMOUNT  :  US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  3.079.19

/SAY  US$:  THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty      day of  December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

EXHIBIT

A

PENGAD 800-631-6989



## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 32-6/84
AMOUNT  :  US$ 969.95

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       July 7, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  969.95
/SAY US$: NINE HUNDRED SIXTY NINE UNITED STATES DOLLARS AND NINETY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue· interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties,· charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty       day of    December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No : <u>022-84</u>
AMOUNT : <u>US$ 124.478.76</u>

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 7, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: US$ 124.478.76
/SAY US$: ONE HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED SEVENTY EIGHT
UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of  December    1984, in Managua,

BANCO CENTRAL DE NICARAGUA

6  7

215-5007-8



# *Banco Central de Nicaragua*

### PROMISORY NOTE

SERIES No:   12-4/84                                  Manapua, Nicarapua,

AMOUNT   :   US$ 39.210.81

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
rapua, Manapua, Nicarapua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beopradska Banka,
Belprade, Yuposlavia, or to its order on          July 7, 1986.
at the office of Udruzena Beopradska Banka, Knez Mihajlová 2-4, Belprade, Yuposlavia,
the amount of:

US$:   39.210.81

/SAY US$:   THIRTY NINE THOUSAND TWO HUNDRED TEN UNITED STATES DOLLARS
AND EIGHTY ONE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beopradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charpes, fees, deductions, witholdinps, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicarapua or
any taxinp authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicarapua requires us to make any such deduction or witholdinp from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all riphts to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and repulations of the Republic of Nicarapua.
This promisory note issued persuant to the terms of a Credit Apreement dated os of Octo
ber 4, 1983, amonp the Bank and Udruzena Beopradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Apreement.

The non-exercise by the holder thereof of any of its riphts hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this       twenty       day of     December     1984, in Manapua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No:   032-84
AMOUNT   :   US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   2.868.75
/SAY US$:   TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS
AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of   December     198 4, in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 22-5/84                                    Managua, Nicaragua,
AMOUNT   : US$ 903.66

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          July 7, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

           US$:  903.66
     /SAY  US$:  NINE HUNDRED THREE UNITED STATES DOLLARS AND SIXTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty          day of      December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

Manapua, Nicaragua,

SERIES No: 024-84
AMOUNT  :  US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$:  124.478.76
/SAY US$:  ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
           UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of   December    198 4, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 14-4/84                     Managua, Nicaragua,
AMOUNT   :  US$ 30.497.30

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   30.497.30

/SAY US$:   THIRTY THOUSNAND FOUR HUNDRED NINETY SEVEN UNITED STATES DOLLARS
AND THIRTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of     December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  054-84
AMOUNT  :  US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 3.079.19

/SAY  US$: THREE THOUNSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  34-6/84
AMOUNT  :  US$ 754.40

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

　　　　　US$: 754.40
　　　/SAY  US$: SEVEN HUNDRED FIFTY FOUR UNITED STATES DOLLARS AND FOURTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated as of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of    December        1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  034-84

AMOUNT  :  US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on       July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

      US$:  2.868.75

   /SAY. US$:  TWO THOUSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS AND
              SEVENTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty      day of   December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

216-5007-8  43



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: <u>24-5/84</u>              Managua, Nicaragua,
AMOUNT   : US$ 702.84

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

                US$:   702.84
        /SAY  US$:   SEVEN HUNDRED TWO UNITED STATES DOLLARS AND EIGHTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty       day of   December     198_4  in Managua.

BANCO CENTRAL DE NICARAGUA

215-B007-B



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 036-84

AMOUNT : US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 2.868.75

/SAY US$: TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS
AND SEVENTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of     December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 26-5/84                                      Managua, Nicaragua,
AMOUNT   : US$ 502.03

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on        July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

        US$:   502.03
  /SAY  US$:   FIVE HUNDRED TWO UNITED STATES DOLLARS AND THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may he accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        twenty        day of   December     1984, in Managua

BANCO CENTRAL DE NICARAGUA

# *Banco Central de Nicaragua*

## PROMISORY NOTE

SERIES No:   026-84                              Managua, Nicaragua,

AMOUNT   :   US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on      July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

        US$:   124.478.76

    /SAY US$:   ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
                UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deductfon of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof. It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this    twenty      day of   December    198 4, in Managua.

                                    BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No: 16-4/84                              Managua, Nicaragua,
AMOUNT  :  US$ 21.783.78

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$:  21.783.78

    /SAY  US$:  TWENTY ONE THOUSAND SEVEN HUNDRED EIGHTY THREE UNITED STATES
               DOLLARS AND SEVENTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of    December      1984, in Managua.


                                        BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 056-84                    Managua, Nicaragua,
AMOUNT   :  US$ 3,079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$:  3,079.19
    /SAY  US$: THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty       day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: __36-6/84__                                    Managua, Nicaragua,

AMOUNT  :  US$ 538.86

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          July 7, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

US$:  538.86

/SAY US$:  FIVE HUNDRED THIRTY EIGHT UNITED STATES DOLLARS AND EIGHTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be acce-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        twenty        day of      December    1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-8



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 038-84                     Managua, Nicaragua,
AMOUNT  :  US$  2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on    July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlovà 2-4, Belgrade, Yugoslavia,
the amount of:

          US$: 2.868.75
     /SAY US$: TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS
               AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deducttion of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty      day of  December    1984, in Managua.

                                   BANCO CENTRAL DE NICARAGUA



215-5007-B (85)

## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 28-5/84

Managua, Nicaragua,

AMOUNT : US$ 301.22

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 301.22

/SAY US$: THREE HUNDRED ONE UNITED STATES DOLLARS AND TWENTY TWO CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA



215-5007-8

# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 028-84
AMOUNT : US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

                US$:  124.478.76
        /SAY  US$:  ONE HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED SEVENTY EIGHT
                      UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deductfon of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty          day of  December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 18-4/84                     Managua, Nicaragua,
AMOUNT   : US$ 13.070.27

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  13.070.27
/SAY US$:  THIRTEEN THOUSAND SEVENTY UNITED STATES DOLLARS AND TWENTY
SEVEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty        day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-B

# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 058-84                     Managua, Nicaragua,
AMOUNT : US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:
          US$: 3.079.19
      /SAY US$: THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN
               CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in. If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof. It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this       twenty       day of     December    198 4  in Managua.

215-5D07-8



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No:  38-6/84                    Managua, Nicaragua,
AMOUNT   :  US$ 323.32

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on         July 7, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:
             US$:   323.32
        /SAY  US$:   THREE HUNDRED TWENTY THREE UNITED STATES DOLLARS AND THIRTY
                    TWO CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty        day of      December     1984, in Managua

                              BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.: 08-84
AMOUNT  :  US$  261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  261.679.10

SAY US$  TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
AND TEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       12     days of      July      /1985  , in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

215-8D07-8

# Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. January 1,1985.

SERIES No.: 08-1-84
AMOUNT   : US$ 27.476.31

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on         July 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 27.476.31

SAY US$ TWENTY SEVEN THOUSAND FOUR HUNDRED SEVENTY SIX U.S. DOLLARS AND THIRTY ONE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of  July           1885   in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No:    030-84                    Managua, Nicaragua,
AMOUNT   :   US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 7, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 124.478.76
/SAY US$: ONE HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED SEVENTY EIGHT
          UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deductfon of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to rake any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perforance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    twenty      day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 20-4/84
AMOUNT : US$ 4.356.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 7, 1990,
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 4.356.76
/SAY  US$: FOUR THOUNSAND THREE HUNDRED FIFTY SIX UNITED STATES DOLLARS
AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8

# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No:   060-84                              Managua, Nicaragua,
AMOUNT   :   (US$ 3.079.22)

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on        July 7, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

         US$:  3.079.22
    /SAY  US$:  THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND TWENTY
               TWO CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty        day of   December      1984, in Managua

                              BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 40-6/84                   Managua, Nicaragua,
AMOUNT  :  US$ 107.77

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    July 7, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

            US$:   107.77
      /SAY  US$:   ONE HUNDRED SEVEN UNITED STATES DOLLARS AND SEVENTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

**Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.**

**All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.**

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

**We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.**

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of  December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-



# *Banco Central de Nicaragua*

## PROMISORY NOTE

SERIES No: __031-84__                               Managua, Nicaragua,

AMOUNT  :   US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on       January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

US$: 2.868.75

/SAY US$:  TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS
AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in. If at any time any
applicable law in Nicaragua requires us to rake any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof. It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        twenty        day of December      1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-B



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: 21-5/84                              Managua, Nicaragua,
AMOUNT   :  US$ 2.008.13

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

          US$:   2.008.13
          /SAY US$:  TWO THOUSAND EIGHT UNITED STATES DOLLARS AND THIRTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        twenty        day of    December    198 4  in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 051-84          Managua, Nicaragua,

AMOUNT  :

     US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

         US$: 3.079.19

       /SAY US$: THREE THOUNSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN
           CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of    December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 31-6/84                                 Managua, Nicaragua,
AMOUNT   : US$ 2.155.44

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:
              US$: 2.155.44
         /SAY US$: TWO THOUSAND ONE HUNDRED FIFTY FIVE UNITED STATES DOLLARS AND
                   FOURTY FOUR CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty      day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 021-84                                    Managua, Nicaragua,
AMOUNT  : US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on     January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

                US$:  124.478.76
        /SAY  US$:  ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
                      UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty        day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA



215-5007-8

# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No:  **11-4/84**                        Managua, Nicaragua,
AMOUNT    :  **US$ 87.135.13**

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  87.135.13
/SAY  US$:  EIGHTY SEVEN THOUSAND ONE HUNDRED THIRTY FIVE UNITED STATES
DOLLARS AND THIRTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty          day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA

*Banco Central de Nicaragua*

PROMISSORY NOTE

Managua, Nicaragua. January 1,1985.

SERIES No.:   01-84
AMOUNT    :
            US$ 261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
        US$   261.679.10

        SAY US$   TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
                  AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12    days of   July        1985    in Managua.

BANCO   CENTRAL   DE   NICARAGUA.

## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua, January 1, 1985.

SERIES No.:  01-1-84
AMOUNT    :  US$ 183.175.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      January 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  183.175.37
SAY US$  ONE HUNDRED EIGHTY THREE THOUSAND ONE HUNDRED SEVENTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed                    days of      July      1985/  in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

215-5007-8



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 033-84                Managua, Nicaragua,

AMOUNT  :US$2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

      US$:  2.868.75

      /SAY  US$:  TWO THOUSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS AND
            SEVENTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi. subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua

BANCO CENTRAL DE NICARAGUA

216-5007-

## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 23-5/84

Manaрua, Nicaraрua,

AMOUNT : US$ 803.25

For the value received, we the undersiрned, the Central Bank of the Republic of Nica-
raрua, Manaрua, Nicaraрua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay aрainst this promisory note to Udruzena Beoрradska Banka,
Belрrade, Yuрoslavia, or to its order on        January 15, 1987.
at the office of Udruzena Beoрradska Banka, Knez Mihajlová 2-4, Belрrade, Yuрoslavia,
the amount of:

US$:  803.25

/SAY  US$:  EIGHT HUNDRED THREE UNITED STATES DOLLARS AND TWENTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beoрradska
Banka, as well as before judрement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deductfon of any
taxes, leies, imposts, duties, charрes, fees, deductions, witholdinрs, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaraрua or
any taxinр authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaraрua requires us to make any such deduction or witholdinр from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the рross amount of principal and overdue interest/if any/due,
the Bank hereby waives all riрhts to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and reрulations of the Republic of Nicaraрua.
This promisory note issued persuant to the terms of a Credit Aрreement dated os of Octo
ber 4, 1983, amonр the Bank and Udruzena Beoрradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Aрreement.

The non-exercise by the holder thereof of any of its riрhts hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Siрned this        twenty        day of    December    1984, in Manaрua.

BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  33- 6/84
AMOUNT  :  US$ 862.17

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   862.17
/SAY  US$:   EIGHT HUNDRED SIXTY TWO UNITED STATES DOLLARS AND SEVENTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of   December        198 4  in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  053-84                          Manapua, Nicarapua,
AMOUNT  :  US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
rapua, Manapua, Nicarapua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay apainst this promisory note to Udruzena Beopradska Banka,
Belprade, Yuposlavia, or to its order on        January 15, 1987.
at the office of Udruzena Beopradska Banka, Knez Mihajlova 2-4, Belprade, Yuposlavia,
the amount of:

> US$:  3.079.19

> /SAY  US$:  THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN
>             CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beopradska
Banka, as well as before judpement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deductfon of any
taxes, leies, imposts, duties, charpes, fees, deductions, witholdinps, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicarapua or
any taxinp authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicarapua requires us to make any such deduction or witholdinp from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all riphts to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and repulations of the Republic of Nicarapua.
This promisory note issued persuant to the terms of a Credit Apreement dated os of Octo
ber 4, 1983, amonp the Bank and Ukruzena Beopradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Apreement.

The non-exercise by the holder thereof of any of its riphts hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty       day of   December     198 4, in Manapua

BANCO CENTRAL DE NICARAGUA

215-5007-8



## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 023-84                                    Managua, Nicaragua,
AMOUNT   : US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on        January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

                     US$:  124.478.76
         /SAY  US$:  ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
                     UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty        day of   December    198 4, in Managua.

                                        BANCO CENTRAL DE NICARAGUA

215-5007-8

## Banco Central de Nicaragua

PROMISSORY NOTE

SERIES No:  13-4/84                    Managua, Nicaragua,
AMOUNT   :  US$ 34.854.05

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  34,854.05
/SAY  US$:  THIRTY FOUR THOUSAND EIGHT HUNDRED FIFTY FOUR UNITED STATES DOLLARS AND FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty       day of     December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua. January 1,1985.

SERIES No.:   03-84
AMOUNT     :   US$ 261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$    261.679.10

SAY US$    TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12        days of July        198 5,    in Managua.

BANCO CENTRAL DE NICARAGUA.



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua.January 1, 1985.

SERIES No.:   03-1-84
AMOUNT    :   US$ 73.270,15

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     January 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   73.270,15
SAY US$   SEVENTY THREE THOUSAND TWO HUNDRED SEVENTY U.S. DOLLARS AND FIFTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of   July     1985   in Managua. N:CARAGUA.

BANCO CENTRAL DE NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.: 05-1-84
AMOUNT   : US$ 54,952.61

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
        US$  54,952.61
    SAY US$  FIFTY FOUR THOUSAND NINE HUNDRED FIFTY TWO U.S. DOLLARS AND SIXTY ONE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ..eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed         12    days of  July     1985   in Managua.


BANCO  CENTRAL  DE  NICARAGUA.



### *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.January 1,1985.

SERIES No.:    05-84
AMOUNT    :   US$ 261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$    261.679.10
SAY US$    TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE US. DOLLARS
AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this        12        days of    July,        1985,   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.

215-6007-8

# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: __055-84__         Managua, Nicaragua,

AMOUNT : US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 3.079.19
/SAY US$: THREE THOUNSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions 'n conditions of any nature now or hereafter imposed by the Republic of Nicaragua or ay taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of   December    198_4_, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 35-6/84
AMOUNT  : US$ 646.63

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  646,63
/SAY US$:  SIX HUNDRED FOURTY SIX UNITED STATES DOLLARS AND SIXTY THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of        December        1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8

# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  025-84

AMOUNT  :  US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 124.478.76

/SAY US$: ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty       day of    December     198 4, in Managua,

BANCO CENTRAL DE NICARAGUA

215-5007-8



## *Banco Central de Nicaragua*

### PROMISORY NOTE

SERIES No: 15-4/84                Managua, Nicaragua,
AMOUNT  : US$ 26.140.54

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on        January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

        US$: 26.140.54
    /SAY US$: TWENTY SIX THOUSAND ONE HUNDRED FOURTY UNITED STATES DOLLARS
              AND FIFTY FOUR CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in. If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof. It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        twenty        day of   December     1984, in Managua.

                                   BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No:  035-84                           Managua, Nicaragua,
AMOUNT    :  US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on           January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

          US$: 2.868.75
   /SAY  US$: TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS
             AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of    December     1984, in Managua.

                                    BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 25-5./84
AMOUNT   : US$ 602.44

For the value received, we the undersigned, the Central Bank of the Republic of Nica-ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          January 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  602.44
/SAY  US$: SIX HUNDRED TWO UNITED STATES DOLLARS AND FOURTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-der this promisory note shall be made free and clear of and without deduction of any taxes, lejes, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-misory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. . This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-lar instance shall not constitute a waiver thereof in that or in any subsequent ins-tance.

Signed this        twenty        day of   December   1984, in Managua.

BANCO CENTRAL DE NICARAGUA



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.:  07-1-84
AMOUNT    :  US$ 36.635.08

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$    36.635.08 /
    SAY US$    THIRTY SIX THOUSAND SIX HUNDRED THIRTY FIVE U.S. DOLLARS AND EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of   July      198  in Managua.

BANCO  CENTRAL  DE  NICARAGUA.



# *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.:   07-84

AMOUNT    :   US$ 261.679,10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

     US$    261.679.10
     SAY US$   TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S DOLLARS
               AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       12   days of   July           1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 057-84
AMOUNT : US$ 3,079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

> US$: 3.079.19
> /SAY US$: THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND NINETEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of   December     198 4, in Managua

BANCO CENTRAL DE NICARAGUA

# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 37-6/84

AMOUNT  :  US$ 431.09

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    January 15, 1989. at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  431.09

/SAY  US$:  FOUR HUNDRED THIRTY ONE UNITED STATES DOLLARS AND NINE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of   December     198 4, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-8



## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 027-84
AMOUNT  :  US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$:    124.478.76

/SAY US$:    ONE HUNDRED TWENTY FOUR THOUNSAND FOUR HUNDRED SEVENTY EIGHT
        UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    twenty    day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 27-5/84
AMOUNT : US$ 401.63

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   401.63
/SAY US$:   FOUR HUNDRED ONE UNITED STATES DOLLARS AND SIXTY THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua,

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  037-84
AMOUNT  :  US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 2.868.75
/SAY  US$: TWO THOUNSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deductfon of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of     December     198 4 in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 17-4/84
AMOUNT   : US$ 17.427.03

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     January 15, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 17.427.03
/SAY US$: SEVENTEEN THOUNSAND FOUR HUNDRED TWENTY SEVEN UNITED STATES DOLLARS
AND THREE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of    December    198 4, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8

## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua.January 1,1985.

SERIES No.: 09-1-84
AMOUNT    : US$ 18.317.54

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification,.promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  18.317.54
SAY US$  EIGHTEEN THOUSAND THREE HUNDRED SEVENTEEN U.S. DOLLARS AND FIFTY FOUR CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of      July      1985  in Managua.

BANCO  CENTRAL  DE  NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.:   09-84
AMOUNT    :   US$ 261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of

  US$   261.679.10
  SAY US$   TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
      AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12  days of  July      1985 , in Managua.

BANCO CENTRAL DE NICARAGUA.



## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 029-84     Managua, Nicaragua,
AMOUNT  :
           US$ 124.478.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:
           US$:  124.478.76
     /SAY US$:  ONE HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED SEVENTY EIGHT
                UNITED STATES DOLLARS AND SEVENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8

## Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No: 19-4/84                      Managua, Nicaragua,

AMOUNT  : US$ 8.713.51

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on      January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

        US$: 8.713.51
        /SAY US$: EIGHT THOUSAND SEVEN HUNDRED THIRTEEN UNITED STATES DOLLARS AND
               FIFTY ONE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perforance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty       day of  December     198 4, in Managua

                                        BANCO CENTRAL DE NICARAGUA

## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  059-84
AMOUNT  : US$ 3.079.19

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on         January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  3.079.19
/SAY  US$:  THREE THOUSAND SEVENTY NINE UNITED STATES DOLLARS AND
            NINETEEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty        day of  December      1984 , in Managua.

BANCO CENTRAL DE NICARAGUA



## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:   039-84                          Managua, Nicaragua,
AMOUNT  :   US$ 2.868.75

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on         January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  2.868.75
/SAY US$:  TWO THOUSAND EIGHT HUNDRED SIXTY EIGHT UNITED STATES DOLLARS AND
           SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    twenty        day of   December   1984, in Managua

BANCO CENTRAL DE NICARAGUA



### Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 39-6/84                     Managua, Nicaragua,

AMOUNT : US$ 215.54

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

             US$:  215.54
        /SAY US$:  TWO HUNDRED FIFTEEN UNITED STATES DOLLARS AND FIFTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of      December      1984, in Managua

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: 29-5/84                                      Managua, Nicaragua,

AMOUNT  :  US$ 200.81

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promissory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       January 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:   200.81
/SAY  US$:  TWO HUNDRED UNITED STATES DOLLARS AND EIGHTY ONE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promissory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promissory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promissory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promissory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty       day of   December       1984, in Managua.

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua.January 1, 1985.

SERIES No.:   02-1-84
AMOUNT   :   US$ 82,428.92

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       July 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   82.428.92
SAY US$   EIGHTY TWO THOUSAND FOUR HUNDRED TWENTY EIGHT U.S. DOLLARS AND NINETY TWO CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



*Banco Central de Nicaragua*

PROMISSORY NOTE

Managua, Nicaragua. January 1,1985.

SERIES No.: 02-84
AMOUNT :
US$ 261.679.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 15, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  261.679.10
SAY US$   TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
AND TEN CENTS,
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12      days of   July      1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No.:  04-84
AMOUNT   :   US$ 261.679.10

Managua, Nicaragua. January 1,1985.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      July 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  261.679.10
SAY US$  TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions f any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of    July        198 5  / in Managua.

BANCO  CENTRAL  DE  NICARAGUA.



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.: 04- 1-84
AMOUNT    :  US$ 64.111.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        July 15, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

   US$  64.111.38
   SAY US$  SIXTY FOUR THOUSAND ONE HUNDRED ELEVEN U.S. DOLLARS AND THIRTY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

'l payments/whether of principal, overdue interest or otherwise/to be made by us under ás promisory note shall be made free and clear of and without deduction of any taxes, ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of    July        1985    in Managua.


BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No.:   06-1-84
AMOUNT   :   US$ 45.793.84

Managua, Nicaragua.January 1, 1985.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    July 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   45.793.84
SAY US$   FORTY FIVE THOUSAND SEVEN HUNDRED NINETY THREE U.S. DOLLARS AND EIGHTY FOUR CENTS,
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

`l payments/whether of principal, overdue interest or otherwise/to be made by us under as promisory note shall be made free and clear of and without deduction of any taxes, ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this         12   days of   July         1985   in Managua

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No.: 06-84
AMOUNT   : US$ 261.679.10

Managua, Nicaragua. January 1, 1985.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       July 15, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   261.679.10
SAY US$   TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S. DOLLARS
AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, duties, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       12   days of       July       1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.: 10-84
AMOUNT   : US$ 261.679.14

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       July 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  261.679.14
SAY US$  TWO HUNDRED SIXTY ONE THOUSAND SIX HUNDRED SEVENTY NINE U.S, DOLLARS
AND TEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this         12    days of    July        1985.    in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

215-B007-B

## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. January 1, 1985.

SERIES No.: 010-1-84
AMOUNT :
US$ 9.158.77

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     July 15, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$     9.158.77
SAY US$   NINE THOUSAND ONE HUNDRED FIFTY EIGHT U.S, DOLLARS AND SEVENTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

11 payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ...ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   198    in Managua

BANCO  CENTRAL  DE  NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 12-84·                               Managua, Nicaragua,
AMOUNT   : US$ 90.385.26

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on     March 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:

                US$:  90.385.26
        /SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
                 AND TWENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, lelles, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued pursuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this    ten ( 10)            day of    September    1984, in Managua Nicaragua.

                    BANCO CENTRAL DE NICARAGUA



## *Banco Central de Nicaragua*

PROMISSORY NOTE

SERIES No.: 1-02-84                                  Managua, Nicaragua. September, 28 1984
AMOUNT  : US$ 330.885.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    March 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

 US$ 330.885.58
       SAY US$ THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHT FIVE U.S. DOLLARS AND
               FIFTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed the       22    days of    July      1985    in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No.: 1-02-1-84

AMOUNT : US$ 104.228.96

Managua, Nicaragua. September 28,1984.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 28, 1986. at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 104.228.96

SAY US$ ONE HUNDRED FOUR THOUSAND TWO HUNDRED TWENTY EIGHT U.S. DOLLARS AND NINETY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions ? any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for pavment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this 12 days of July 1985 in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: 062-85
AMOUNT   : US$ 188,16

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1986.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  188.16
/SAY  US$: ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this _____ 12 _____ day of _____ July _____ 1985, in Managua

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No:   42-7-85           Managua, Nicaragua,
AMOUNT   :   US$ 59.27

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1986.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

         US$:    59.27
   /SAY US$:   FIFTY NINE U.S. DOLLARS AND TWENTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       12       day of    July       1985, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No:  14-84
AMOUNT   : US$ 90.385.26

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          March 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:

US$: 90.385.26
/SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
AND TWENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    ten ( 10)          day of   September   1984, in Managua.

BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No:  14-2/84                           Managua, Nicaragua,
AMOUNT   : US$ 22.144.39

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on          March 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:

US$: 22.144.39
/SAY US$: **TWENTY TWO THOUSAND ONE HUNDRED FOURTY FOUR UNITED STATES DOLLARS AND THIRTY NINE CENTS.**
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    ten ( 10)          day of    September    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



# *Banco Central de Nicaragua*

## PROMISORY NOTE

SERIES No.: 1-04-84
AMOUNT   : US$ 330.885.58

Managua, Nicaragua. September 28,1984.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       March 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   330.885.58
SAY US$   THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHT FIVE U.S. DOLLARS AND FIFTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of     July     198   in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

215-5007-8

## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No.:   1-04-1-84

AMOUNT    :   US$ 81.066.97

Managua, Nicaragua. September 28,1984.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      March 28, 1987. at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  81.066.97

SAY US$  EIGHTY ONE THOUSAND SIXTY SIX U.S. DOLLARS AND NINETY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, `zies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July    1985    in Managua

BANCO CENTRAL DE NICARAGUA.

# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: 064-85                    Managua, Nicaragua,
AMOUNT  : US$ 188,16

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  **28.03.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

> US$: 188.16
>
> /SAY  US$: ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any plicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12         day of    July        1985, in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 44-7-85                    Managua, Nicaragua,

AMOUNT  :  US$ 46.10

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  **28.03.1987.**

at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

      US$:  46.10

   /SAY US$:  FORTY SIX U.S. DOLLARS AND TEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of     July        1985, in Managua

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:   071-85
AMOUNT    :  US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.03.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of

       US$   15.797.38
       SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
                EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this  12    days of  July    1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



# *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  51-8-85
AMOUNT   :  US$ 11.058.16

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.03.1987.** at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  11.058.16
SAY US$  ELEVEN THOUSAND FIFTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS,

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of   July    1985   in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 61-3-85
AMOUNT    : US, 4,791.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29, 1987
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
          US$  4.791.76
    SAY US$  FOUR THOUSAND SEVEN HUNDRED NINETY ONE U.S DOLLARS AND SEVENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, levies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of   July        1985   in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



## *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No.: 81-85                                    Managua, Nicaragua.
AMOUNT    : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   March 29,1987
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

   US$ 6,845.37
   SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of   July           198 5   in Managua.

BANCO  CENTRAL  DE  NICARAGUA

215-5007-B

# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: __041-84__                    Managua, Nicaragua,

AMOUNT   :  __US$  6.842.50__

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on   March 29,1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

> US$: 6.842.50
>
> /SAY  US$: SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
> FIFTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this      twenty         day of   December      1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-B



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 1-3/84                    Manapua, Nicarapua,
AMOUNT  : US$ 4.789.75

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
rapua, Manapua, Nicarapua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beopradska Banka,
Belprade, Yuposlavia, or to its order on March 29,1987
at the office of Udruzena Beopradska Banka, Knez Mihajlová 2-4, Belprade, Yuposlavia,
the amount of:

            US$:  4.789.75
       /SAY US$:  FOUR THOUNSAND SEVEN HUNDRED EIGHTY NINE UNITED STATES DOLLARS
                  AND SEVENTY FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beopradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicarapua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicarapua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and repulations of the Republic of Nicarapua.
This promisory note issued persuant to the terms of a Credit Apreement dated os of Octo
ber 4, 1983, amonp the Bank and Udruzena Beopradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Apreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty      day of   December     1984, in Manapua.

                        BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  16-84
AMOUNT  :  US$ 90.385.26

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    March 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:

UES: 90.385.26

/SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
          AND TWENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-5/6/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrent that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this  ten (10)          day of    September    198 4,  in Managua.

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISSORY NOTE

SERIES No: 16-2/84                     Managua, Nicaragua,
AMOUNT  : US$ 15.817.42

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade Yugoslavia, or to its order on    March 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
           US$: 15.817.42
       /SAY US$: FIVETEEN THOUSAND EIGHT HUNDRED SEVENTEEN UNITED STATES DOLLARS AND
                 FOURTY TWO CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgment at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this  ten (10)        day of  September      1984, in Managua.

                                                    BANCO CENTRAL DE NICARAGUA

215-5007-8



## Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No.:    1-06-1-84          Managua, Nicaragua. September 28, 1984.
AMOUNT   :    US$ 57.904.98

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    March 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   57.904.98
SAY US$   FIFTY SEVEN THOUSAND NINE HUNDRED FOUR U.S. DOLLARS AND NINETY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July    1985    in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-B



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 066-85
AMOUNT  : US\$ 188.16

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US\$:  188.16
/SAY US\$:
ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

**Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.**

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this          12       day of     July      1985, in Managua

BANCO CENTRAL DE NICARAGUA

# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 46-7-85
AMOUNT  : US$ 32.93

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 32.93

/SAY US$: THIRTY TWO U.S. DOLLARS AND NINETY THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perforance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of    July        1985, in Managua.

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 3-3/84

AMOUNT : US$ 1.915.90

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29, 1988 at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 1.915.90

/SAY US$: ONE THOUNSAND NINE HUNDRED FIFTEEN UNITED STATES DOLLARS AND NINETY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any axes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions r conditions of any nature now or hereafter imposed by the Republic of Nicaragua or ny taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of        December        1984, in Managua.

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 043-84
AMOUNT : US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   March 29,1988
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 6.842.50
/SAY US$: SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty       day of    December      198 4, in Managua.

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 83-85
AMOUNT   : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29,1988
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 6,845.37

SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ..ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July    198 3   in Managua

BANCO  CENTRAL  DE  NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 63-0-85
AMOUNT   : US$ 1.916.70

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29,1988
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 1.916.70
SAY US$ ONE THOUSAND NINE HUNDRED SIXTEEN U.S. DOLLARS AND SEVENTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed        19       days of      July      1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.

*Banco Central de Nicaragua*

PROMISSORY NOTE

Managua, Nicaragua.

SERIES No.: 53-8-85
AMOUNT   :
US$ 4.423.27

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.03.1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  4.423.27
SAY US$  FOUR THOUSAND FOUR HUNDRED TWENTY THREE U.S. DOLLARS AND TWENTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, aies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of     July     1985    in Managua

BANCO  CENTRAL  DE  NICARAGUA.



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 073-85
AMOUNT   : US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.03.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 15.797.38
SAY US$ FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985, in Managua.

BANCO CENTRAL DE NICARAGUA.

*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 18-84    Managua, Nicaragua,
AMOUNT  : US$ 90.385.26

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      March 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:
                        US$ 90.385.26
      /SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
                        AND TWENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subm subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated as of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this   ten ( 10)           day of  September    1984, in Managua.

                    BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  18-2/84                    Managua, Nicaragua,
AMOUNT   :  US$9,490.45

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on    March 28, 1989,
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
        US$: 9,490.45
        /SAY US$:  NINE THOUSAND FOUR HUNDRED NINETY UNITED STATES DOLLARS AND FOURTY
                   FIVE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this   ten ( 10)          day of   September     1984, in Managua.

                                          BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.September 28,1984.

SERIES No.:   1-08-1-84
AMOUNT    :   US$34,742.99

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        March 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

  US$  34,742.99
SAY US$  THIRTY FOUR THOUSAND SEVEN HUNDRED FORTY TWO U.S. DOLLARS AND NINETY NINE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July        198 5   in Managua

BANCO   CENTRAL   DE   NICARAGUA

V. P. 1.
Direc. General
Reserva y
Control
B G S E



# Banco Central de Nicaragua

### PROMISSORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.: 1-08-84
AMOUNT : US$ 330.885.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       March 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ .330.885.58
SAY US$ THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY FIVE U.S. DOLLARS AND FIFTY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July    1985   in Managua,

BANCO  CENTRAL  DE  NICARAGUA.

*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  068-85                           Managua, Nicaragua,
AMOUNT  :   US$ 188.16

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

                US$: 188.16
         /SAY  US$:
                     ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of   July       1985, in Managua,

                                       BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISSORY NOTE

SERIES No:    48-7-85                           Managua, Nicaragua,
AMOUNT   :    US$ 19.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.03.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

        US$:   19,76
   /SAY US$:   NINETEEN U.S. DOLLARS AND SEVENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of    July     1985, in Managua.

BANCO CENTRAL DE NICARAGUA

215-6007-8



## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:   075-85
AMOUNT   :   US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.03.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   15.797,38
SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof/of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   198 5   in Managua.

BANCO   CENTRAL   DE   NICARAGUA



*Banco Central de Nicaragua*

PROMISSORY NOTE

Managua, Nicaragua.

SERIES No.: 55-8-85
AMOUNT :
            US$ 3.317.45

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.03.1989,
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$   3.317.45
    SAY US$   THREE THOUSAND THREE HUNDRED SEVENTEEN U.S. DOLLARS AND FORTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 65-9-85
AMOUNT   : U$S 1,437.53

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzeno Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29,1989
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
  US$ 1,437.53
  SAY US$ ONE THOUSAND FOUR HUNDRED THIRTY SEVEN U.S. DOLLARS AND FIFTY THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this  12 days of July 1985 in Managua.

BANCO CENTRAL DE NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No. : 85-85                                    Managua, Nicaragua.
AMOUNT   : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29,1989
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
US$ 6,845.37

SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days/of   July   1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 5-3/84                Managua, Nicaragua,
AMOUNT   : US$ 1.436.92

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  March 29, 1989
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  1.436.92
/SAY  US$:  ONE THOUNSAND FOUR HUNDRED THIRTY SIX UNITED STATES DOLLARS
            AND NINETY TWO CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        twenty        day of  December    1984, in Managua,

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISSORY NOTE

SERIES No:  045-84-
AMOUNT  :  US$ 6.842.50

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promissory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29, 1989
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

           US$:  6.842.50
    /SAY  US$:  SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
                FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promissory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promissory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty       day of  December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



*Banco Central de Nicaragua*

PROMISORY NOTE

Manapua, Nicarapua, September 28, 1984.

SERIES No: 20-84
AMOUNT    U$88,503.61

For the value received, we the undersigned, the Central Bank of the Republic of Nica-rapua, Manapua, Nicarapua, hereby irrevocably and unconditionally, without protest or notification, promise to pay apainst this promisory note to Udruzena Beopradska Banka, Belprade, Yuposlavia, or to its order on    March 28, 1990.
at the office of Udruzena Beopradska Banka, Knez Mihajlová 2-4, Belprade, Yuposlavia, the amount of:

US$:  88,503.61

/SAY  US$: EIGHTY EIGHT THOUSAND FIVE HUNDRED THREE U.S. DOLLARS AND SIXTY
          ONE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beopradska Banka, as well as before judpement at the rate of 4-0/0/four per cent/per annum, cal-culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-der this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charpes, fees, deductions, witholdinps, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicarapua or any taxinp authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicarapua requires us to make any such deduction or witholdinp from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-misory note shall equal the pross amount of principal and overdue interest/if any/due, the Bank hereby waives all riphts to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and repulations of the Republic of Nicarapua.
This promisory note issued persuant to the terms of a Credit Apreement dated os of Octo ber 4, 1983, amonp the Bank and Udruzena Beopradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-rated as provided in the Credit Apreement.

The non-exercise by the holder thereof of any of its riphts hereunder in any particu-lar instance shall not constitute a waiver thereof in that or in any subsequent ins-tance.

Signed this          12          day of July          1985, in Manapua.

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

PROMISORY NOTE.

SERIES No:   20-2-84
AMOUNT   : U$ 1,735.45

Managua, Nicaragua, September 28,1984.

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promissory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        March 28, 1990,
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 1,735.45

/SAY  US$:  ONE THOUSAND SEVEN HUNDRED THIRTY FIVE U.S. DOLLARS AND FOURTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promissory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promissory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to take any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promissory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12      day of    July        1985, in Managua

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.: 1-10-84
AMOUNT   : US$ 330.885.60

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     March 28, 199o.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   330.885.60
SAY US$   THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY FIVE U.S. DOLLARS AND SIXTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of       July  1985   in Managua.

BANCO  CENTRAL  DE  NICARAGUA.



## *Banco Central de Nicaragua*

### PROMISSORY NOTE

Managua, Nicaragua. September 28, 1984.

SERIES No.: 1-10-1-84
AMOUNT   : US$ 11.581.00

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    March 28, 1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 11,581.00
SAY US$ ELEVEN THOUSAND FIVE HUNDRED EIGHTY ONE U.S. DOLLARS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed    12    days of    July    1985    in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 070-85                    Managua, Nicaragua,

AMOUNT  :  US$ 188.13

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   28.03.1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

> US$ 188.13
> /SAY  US$: ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND THIRTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of    July        1985, in Managua

BANCO CENTRAL DE NICARAGUA



## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 50-7-85
AMOUNT   : US$ 6.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   28.03.1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   6.58
SAY US$   SIX U.S. DOLLARS AND FIFTY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



# Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No: 13-84                      Managua, Nicaragua,
AMOUNT   : US$ 90.385.26

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on          September 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
        US$: 90.385.26
        /SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
              AND TWENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this  ten (10)          day of   September   198 4, in Managua.


                BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 13-2/84                                    Managua, Nicaragua,
AMOUNT  :  US$25.307.87

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on       September 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:

                        US$:  25.307.87
        /SAY US$:  TWENTY FIVE THOUSAND THREE HUNDRED SEVEN UNITED STATES DOLLARS AND
                        AND EIGHTY SEVEN CENTS,
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this  ten ( 10)              day of September        1984, in Managua.



                                    BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.: 1-03-84
AMOUNT   : US$ 330.885.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   September 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of

US$   330.885.58
SAY US$   THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHT FIVE U.S. DOLLARS AND
FIFTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July,   1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua. September 28, 1984.

SERIES No.:   1-03-1-84
AMOUNT    :   US$ 92.647.96

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on       September 28, 1986.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$    92.647.96
SAY US$    NINETY TWO THOUSAND SIX HUNDRED FORTY SEVEN U.S. DOLLARS AND NINETY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or condtions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for pavment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July       1986    in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 063-85
AMOUNT : US$ 188,16

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.09.1986.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$: 188,16
/SAY US$: ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of   July        1985, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  43-7-85
AMOUNT  :  US$ 52.68

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.09.1986.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

      US$:  52.68
  /SAY US$:  FIFTY TWO U.S. DOLLARS AND SIXTY EIGHT CENTS,

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      12    day of    July    1985, in Managua.

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 15-84                          Managua, Nicaragua,
AMOUNT  : US$ 90.385.26

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade. Yugoslavia, or to its order on     September 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:

        US$:   90.385.26
        /SAY US$:   NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
                    AND TWENTY SIX CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this   ten (10)          day of   September     1984, in Managua.

                        BANCO  CENTRAL DE NICARAGUA

215-5007-8

*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  15-2/84                           Managua, Nicaragua,
AMOUNT   :  US$ 19.980.90

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on            September 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
            US$: 19.980.90
      /SAY US$: NINETEEN THOUSAND NINE HUNDRED EIGHTY UNITED STATES DOLLARS AND
                NINETY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this    ten (10)          day of  September    1984, in Managua.

BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.:   1-05-84
AMOUNT   :   US$ 330.885.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     September 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   330.885.58
SAY US$   THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY   FIVE U.S. DOLLARS AND FIFTY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of     July     1985   in Managua.

BANCO  CENTRAL  DE  NICARAGUA.



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.:   1-05-1-84.
AMOUNT   :   US$ 69.485.97

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   September 28, 1987.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   69.485.97
SAY US$   SIXTY NINE THOUSAND, FOUR HUNDRED EIGHTY FIVE U.S. DOLLARS AND NINETY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, lies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12       days of   July       1985   in Managua.

BANCO   CENTRAL DE   NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No:   065-85
AMOUNT   :   US$ 188.16

For the value received, we the undersigned, the Central Bank of the Republic of Nica-ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.09.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  188.16

/SAY  US$:  ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-der this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, withholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or withholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-misory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accele-rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-lar instance shall not constitute a waiver thereof in that or in any subsequent ins-tance.

Signed this          12          day of   July          1985, in Managua

BANCO CENTRAL DE NICARAGUA

# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 45-7-85

AMOUNT   : US$ 39.51

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   **28.09.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   39.51

/SAY  US$:   THIRTY NINE U.S. DOLLARS AND FIFTY ONE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deductfon of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions )or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed the        12        day of   July        1985, in Managua.

BANCO CENTRAL DE NICARAGUA

*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 072-85
AMOUNT    : US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.09.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$     15.797.38
SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
          EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       12 days of   July       1985   in Managua.

BANCO CENTRAL DE NICARAGUA.



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  52-8-85
AMOUNT    :  US$ 4.976.17

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on     **29.09.1987.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  4,976.17
SAY US$  FOUR THOUSAND NINE HUNDRED SEVENTY SIX U.S. DOLLARS AND SEVENTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or condicions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for pavment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in/that or any subsequent instance.

Signed this  12  days of  July  1985  in Managua

BANCO CENTRAL DE NICARAGUA.

### Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 82-85
AMOUNT    : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1987
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 6,845.37

SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this        12      days of      July        1985    in Managua,

BANCO  CENTRAL  DE  NICARAGUA,



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 62-9-85
AMOUNT   : US$ 2.156.29

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1987
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   2.156.29
SAY US$   TWO THOUSAND ONE HUNDRED FIFTY SIX U.S. DOLLARS AND TWENTY NINE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, ...ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this ____ 12 days of _____ 198_ in Managua

BANCO CENTRAL DE NICARAGUA

# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 042-84

AMOUNT : US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1987 at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  6.842.50

/SAY US$: SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND FIFTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-B



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No: 2-3/84

Managua, Nicaragua,

AMOUNT  : US$ 2.155.39

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  September 29,1987
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:   2.155.39

/SAY  US$:  TWO THOUSAND ONE HUNDRED FIFTY FIVE UNITED STATES DOLLARS
AND THIRTY NINE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this         twenty         day of    December       198 4, in Managua.

BANCO CENTRAL DE NICARAGUA



## Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No: 17-84                                    Managua, Nicaragua,
AMOUNT  :  US$ 90.385.26

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  **September 28, 1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia, the amount of:

US$: 90.385.26

/SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS
AND TWENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-6/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this   ten (10)           day of  September     1984, in Managua.

BANCO CENTRAL DE NICARAGUA

R-194

235-5007-5



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:  17-2/84                                     Managua, Nicaragua,
AMOUNT   :  US$ 12.653.94

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on     September 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
          US$ 12.653.94
     /SAY US$: TWELVE THOUSAND SIX HUNDRED FIVETY THREE UNITED STATES DOLLARS AND
             NINETY FOUR CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholding, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subidivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this    ten (10)          day of September     198 4, in Managua.

BANCO CENTRAL DE NICARAGUA

β-145

215-5007-8



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua. September 28,1984.

SERIES No.: 1-07-84
AMOUNT    : US$ 46.323. 98

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on        September 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 46.323.98

SAY US$ FOURTY SIX THOUSAND THREE HUNDRED TWENTY THREE U.S. DOLLARS AND NINETY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

1 payments/whether of principal, overdue interest or otherwise/to be made by us under is promisory note shall be made free and clear of and without deduction of any taxes, ...ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereef in that or any subsequent instance.

Signed this    12    days of   /July,        /1985    in Managua.

BANCO   CENTRAL   DE   NICARAGUA

B-146

215-5007-8



# *Banco Central de Nicaragua*

## PROMISORY NOTE

Managua, Nicaragua.September 28,1984.

SERIES No.:  1-07-84
AMOUNT    :  US$ 330.885,58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification,.promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      September 28, 1988.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

   US$  330.885,58
   SAY US$  THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY FIVE U.S. DOLLARS AND
            FIFTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under his promisory note shall be made free and clear of and without deduction of any taxes, .eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12     days of    July        1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.



# Banco Central de Nicaragua

PROMISORY NOTE

SERIES No:  067-85                           Managua, Nicaragua,
AMOUNT   :  US$ 188,16

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on  **28.o9.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:

US$:  188.16

/SAY  US$:  ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS AND SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the perfomance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        12        day of     July        1985, in Managua

BANCO CENTRAL DE NICARAGUA

b-146

215-5007-B



# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No:   47-7-85                    Managua, Nicaragua,

AMOUNT  :  US$ 26.34

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on   **28.09.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

US$:  26.34

/SAY  US$:  TWENTY SIX U.S. DOLLARS AND THIRTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
)taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this        12        day of    July        1985, in Managua.

BANCO CENTRAL DE NICARAGUA

B-199

215-5007-8



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:    074-85
AMOUNT    :   US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua,
Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica-
tion,.promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade,
Yugoslavia, or to its order on  **29.09.1988.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the
amount of:

    US$    15,797.38
    SAY US$  FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
             EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte-
rest on the unpaid amount from the date when such amount fell due up to the date of actual
payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well
as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis
of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under
this promisory note shall be made free and clear of and without deduction of any taxes,
leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions
of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority
or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires
us to make any such deduction or witholding from any such payment, we shall pay such addi-
tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory
note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank
hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this
promisory note and the performance thereof have been duly obtained and are valid in com-
pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4,
1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is enti-
tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided
in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ins-
tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of   July      1985   in Managua

BANCO  CENTRAL  DE  NICARAGUA.



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  54-8-85
AMOUNT    :  US$ 3.870.35

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.09.1988. at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$      3.870.35
SAY US$   THREE THOUSAND EIGHT HUNDRED SEVENTY U.S. DOLLARS AND THIRTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12     days of     July     1985    in Managua.

BANCO CENTRAL DE NICARAGUA.

ß-151

215·5007·9



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 64-5-85
AMOUNT    : US$ 1.677.12

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica- tion, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1988 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 1.677.12
SAY US$ ONE THOUSAND SIX HUNDRED SEVENTY SEVEN U.S. DOLLARS AND TWELVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte- rest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such addi- tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in com- pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is enti- tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ins- tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this         days of    July        1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No.: 84-85                          Managua, Nicaragua.
AMOUNT    : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1988
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 6,845.37

SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, eies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of      July      198 5      in Managua.

BANCO CENTRAL DE NICARAGUA.



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 044-84

AMOUNT  :  US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1988
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 6.842.50

/SAY  US$: SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND FIFTY CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of· 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may le accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    twenty        day of   December      1984, in Managua

BANCO CENTRAL DE NICARAGUA

215-5007-8

# *Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 4-3/84                              Managua, Nicaragua,
AMOUNT  :  US$ 1.676.41

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1988
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:   1.676.41
/SAY  US$:   ONE THOUSAND SIX HUNDRED SEVENTY SIX UNITED STATES DOLLARS
              AND FOURTY ONE CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions r conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and rayment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this         twenty         day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

B-155

215-5007-5



## Banco Central de Nicaragua

### PROMISORY NOTE

SERIE No: **19-84**                            Managua, Nicaragua,

AMOUNT  : US$ **90.385.26**

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua. Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade. Yugoslavia. or to its order on    **September 28, 1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 6-8, Belgrade Yugoslavia, the amount of:

US$: **90.385.26**

/SAY US$: NINETY THOUSAND THREE HUNDRED EIGHTY FIVE UNITED STATES DOLLARS AND TWENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1982, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    ten (10)              day of    September    1984, in Managua.

BANCO CENTRAL DE NICARAGUA



*Banco Central de Nicaragua*

PROMISORY NOTE

SERIES No: 19-2/84                    Managua, Nicaragua,
AMOUNT  : US$ 6.326.97

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia. or to its order on      September 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade Yugoslavia,
the amount of:
              US$: 6.326.97
        /SAY US$: SIX THOUSAND THREE HUNDRED TWENTY SIX UNITED STATES DOLLARS AND
                 NINETY SEVEN CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo-
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this   ten ( 10)          day of   September    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

215-5007-8



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua. September 28, 1984.

SERIES No.: 1-09-84
AMOUNT :
　　　　　US$ 330.885.58

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 　　　September 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 330.885.58
SAY US$ THREE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY FIVE U.S. DOLLARS AND FIFTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, .ies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this 12 days of / July, 1985 in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-B



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.September 28,1984.

SERIES No.:  1-09-1-84
AMOUNT    :  US$ 23.161.99

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on      September 28, 1989.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  23.161.99

SAY US$  TWENTY THREE THOUSAND ONE HUNDRED SIXTY ONE U.S. DOLLARS AND NINETY NINE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     12      days of    July       1985   in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

216-B0D7-8

# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No:  49-7-85                    Managua, Nicaragua,
AMOUNT    :
          US$ 13.17

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **28.09.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

          US$:    13.17
     /SAY US$:    THIRTEEN U.S. DOLLARS AND SEVENTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this    17    day of July       1985, in Managua:

BANCO CENTRAL DE NICARAGUA

## Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No:  069-85                          Managua, Nicaragua,

AMOUNT  :  US$ 188.16

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  **28.o9.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:   188.16

/SAY  US$:  ONE HUNDRED EIGHTY EIGHT U.S. DOLLARS ANS SIXTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this        12        day of      July        1985, in Managua, D.

B-ANCO CENTRAL DE NICARAGUA

*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 076-85
AMOUNT   : US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua,
Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica-
tion, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade,
Yugoslavia, or to its order on  **29.09.1989.**  at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the
amount of:
US$    15.797.38
SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte-
rest on the unpaid amount from the date when such amount fell due up to the date of actual
payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well
as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis
of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under
this promisory note shall be made free and clear of and without deduction of any taxes,
leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions
of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority
or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires
us to make any such deduction or witholding from any such payment, we shall pay such addi-
tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory
note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank
hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this
promisory note and the performance thereof have been duly obtained and are valid in com-
pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4,
1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is ent
tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided
in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ir
tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed the      12   days of      July      1985   in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

215-6007-8

## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  56-8-85
AMOUNT    :  US$ 2.764.54

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.09.1989.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  2.764.54
SAY US$  TWO THOUSAND SEVEN HUNDRED SIXTY FOUR U.S. DOLLARS AND FIFTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of   July        1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 66-9-85
AMOUNT    : US$ 1,197.94

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1989
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 1,197.94

SAY US$ ONE THOUSAND ONE HUNDRED NINETY SEVEN U.S. DOLLARS AND NINETY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed    12    days of    July    198 5    in Managua.

BANCO CENTRAL DE NICARAGUA.

# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 36-85
AMOUNT    : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1989 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 6,845.37
SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed ... 12 ... days of ... July ... 198 5 in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 046-84
AMOUNT : US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on   September 29, 1989
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 6.842.50
/SAY  US$: SIX THOUNSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this       twenty      day of  December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

## *Banco Central de Nicaragua*

### PROMISSORY NOTE

Managua, Nicaragua,

SERIES No: 6-3/84
AMOUNT   : US$ 1.197.44

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promissory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1989 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$: 1.197.44

/SAY US$: ONE THOUSAND ONE HUNDRED NINETY SEVEN UNITED STATES DOLLARS AND FOURTY FOUR CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  57-8-85
AMOUNT    :  US$ 2.211.63

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.03.1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
US$  2.211.63
SAY US$  TWO THOUSAND TWO HUNDRED ELEVEN U.S. DOLLARS AND SIXTY THREE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12       days of July         1985    in Managua.

BANCO CENTRAL DE NICARAGUA.



## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:   077-85
AMOUNT    :   US$ 15.797,38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on    **29.03.1990.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   15.797.38
SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985   in Managua.

BANCO, CENTRAL DE NICARAGUA.



## Banco Central de Nicaragua

### PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 67-9-35
AMOUNT    : US$ 958.35

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua,
Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica-
tion, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade,
Yugoslavia, or to its order on March 29, 1990
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the
amount of:
US$ 958.35
SAY US$ NINE HUNDRED FIFTY EIGHT U.S. DOLLARS AND THIRTY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte-
rest on the unpaid amount from the date when such amount fell due up to the date of actual
payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well
as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis
of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under
this promisory note shall be made free and clear of and without deduction of any taxes,
leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions
of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority
or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires
us to make any such deduction or witholding from any such payment, we shall pay such addi-
tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory
note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank
hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this
promisory note and the performance thereof have been duly obtained and are valid in com-
pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4,
1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is enti-
tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided
in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ins-
tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of   July        1985   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.



## Banco Central de Nicaragua

PROMISORY NOTE

SERIES No.: 87-85                        Managua, Nicaragua.
AMOUNT   : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua,
Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica-
tion, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade,
Yugoslavia, or to its order on March 29, 1990
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the
amount of:
US$ 6,845.37
    SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte-
rest on the unpaid amount from the date when such amount fell due up to the date of actual
payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well
as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis
of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under
this promisory note shall be made free and clear of and without deduction of any taxes,
leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions
of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority
or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires
us to make any such deduction or witholding from any such payment, we shall pay such addi-
tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory
note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank
hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this
promisory note and the performance thereof have been duly obtained and are valid in com-
pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4,
1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is enti-
tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided
in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ins-
tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of      July      198 5    in Managua,

BANCO   CENTRAL   DE   NICARAGUA

215-5007-8



*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 047-84
AMOUNT  :  US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on    March 29,1990
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia,
the amount of:
            US$: 6.842.50
   /SAY US$:  SIX THOUNSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
            FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in.  If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof.  It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this    twenty       day of  December     1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: 7-3/84
AMOUNT  :  US$ 957.95

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  March 29,1990  at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  957.95
/SAY  US$:  NINE HUNDRED FIFTY SEVEN UNITED STATES DOLLARS AND NINETY FIVE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to rake any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this     twenty     day of   December    1984, in Managua

BANCO CENTRAL DE NICARAGUA



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 079-85
AMOUNT    : US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.03.1991.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$   15.797.38
SAY US$   FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this    12    days of    July    1985    in Managua.

BANCO   CENTRAL   DE   NICARAGUA.



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 59-8-84
AMOUNT : US$ 1.105.82

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.03.1991.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 1.105.82
SAY US$ ONE THOUSAND ONE HUNDRED FIVE U.S. DOLLARS AND EIGHTY TWO CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this 12 days of July 1985 in Managua.

BANCO CENTRAL DE NICARAGUA.

215-5007-8



## *Banco Central de Nicaragua*

### PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 69-5-85
AMOUNT     : US$ 479.18

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29, 1991
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:   US$ 479.18
     SAY US$ FOUR HUNDRED SEVENTY NINE U.S. DOLLARS AND EIGHTEEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       days of       1985   in Managua

BANCO CENTRAL DE NICARAGUA.

215-8007-8



## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 89-85
AMOUNT   : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29, 1991
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:
US$ 6,845.37
    SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed the 12 days of July 1985 in Managua

BANCO CENTRAL DE NICARAGUA.

215-5007-8



# Banco Central de Nicaragua

## PROMISORY NOTE

SERIES No: 049-84                                    Managua, Nicaragua,
AMOUNT   : US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  March 29,1991
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:  6.842.50
/SAY  US$:  SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty       day of  December     198 4, in Managua

BANCO CENTRAL DE NICARAGUA

β-176

215-8007-8



## Banco Central de Nicaragua

### PROMISORY NOTE

SERIES No: 9-3/84
AMOUNT : US$ 478.97

Managua, Nicaragua,

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on March 29,1991
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$:    478.97
/SAY  US$:  FOUR HUNDRED SEVENTY EIGHT UNITED STATES DOLLARS AND NINETY
            SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the perfomance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of    December      1984, in Managua.

BANCO CENTRAL DE NICARAGUA

B-179

215-5007-8



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 078-85
AMOUNT  : US$ 15.797.38

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.09.1990.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$     15.797.38
SAY US$    FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
EIGHT CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this       12       days of       July              198       in Managua.

BANCO CENTRAL DE NICARAGUA.



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 58-8-84
AMOUNT : US$ 1.658.72

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on 29.09.1990.
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 1.658.72
SAY US$ ONE THOUSAND SIX HUNDRED FIFTY EIGHT U.S. DOLLARS AND SEVENTY TWO CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this 12 days of July 1985 in Managua.

BANCO CENTRAL DE NICARAGUA.



# Banco Central de Nicaragua

## PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 88-85
AMOUNT : US$6,845.37

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1990
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of: US$ 6,845.37

SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND THIRTY SEVEN CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of                      198    in Managua

BANCO  CENTRAL  DE  NICARAGUA

B-18



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 68-9-85
AMOUNT    : U.. 718.76

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua,
Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notifica-
tion, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade,
Yugoslavia, or to its order on September 29,1990
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the
amount of:
US$ 718.76
SAY US$ SEVEN HUNDRED EIGHTEEN U.S. DOLLARS AND SEVENTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay inte-
rest on the unpaid amount from the date when such amount fell due up to the date of actual
payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well
as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis
of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under
this promisory note shall be made free and clear of and without deduction of any taxes,
leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or donditions
of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority
or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires
us to make any such deduction or witholding from any such payment, we shall pay such addi-
tional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory
note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank
hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this
promisory note and the performance thereof have been duly obtained and are valid in com-
pliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4,
1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is enti-
tled to the benefits thereof. It may be prepaid and payment may be accelerated as provided
in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular ins-
tance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this     11     days of   July        1985   in Managua.

BANCO CCENTRAL DE NICARAGUA.



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua,

SERIES No: __048-84__
AMOUNT   : US$ 6.842.50

For the value received, we the undersigned, the Central Bank of the Republic of Nica-
ragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or
notification, promise to pay against this promisory note to Udruzena Beogradska Banka,
Belgrade, Yugoslavia, or to its order on September 29,1990
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia,
the amount of:

        US$: 6.842.50
/SAY US$: SIX THOUSAND EIGHT HUNDRED FOURTY TWO UNITED STATES DOLLARS AND
        FIFTY CENTS.
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay
interest on the unpaid amount from the date when such amount fell due up to the date
of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska
Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, cal-
culated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us un-
der this promisory note shall be made free and clear of and without deduction of any
taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions
or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or
any taxing authority or subi subdivision thereof or there in. If at any time any
applicable law in Nicaragua requires us to make any such deduction or witholding from
any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this pro-
misory note shall equal the gross amount of principal and overdue interest/if any/due,
the Bank hereby waives all rights to demand for payment, settlement, protest or notice
of destinor.

We certify and warrant that all authorizations required will respect to the issue of
this promisory note and the performance thereof have been duly obtained and are valid
in compliance with the applicable laws and regulations of the Republic of Nicaragua.
This promisory note issued persuant to the terms of a Credit Agreement dated os of Octo
ber 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms
and is entitled to the benefits thereof. It may be prepaid and payment may be accele-
rated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particu-
lar instance shall not constitute a waiver thereof in that or in any subsequent ins-
tance.

Signed this     twenty     day of    December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA



# *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua,

SERIES No:  8-3/84
AMOUNT   :  US$ 718.46

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1990
at the office of Udruzena Beogradska Banka, Knez Mihajlová 2-4, Belgrade, Yugoslavia, the amount of:

US$:  718.46
/SAY  US$:  SEVEN HUNDRED EIGHTEEN UNITED STATES DOLLARS AND FOURTY SIX CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/per annum, calculated on the basis of the actual numer of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subi subdivision thereof or there in.  If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua. This promisory note issued persuant to the terms of a Credit Agreement dated os of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof.  It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or in any subsequent instance.

Signed this      twenty      day of   December    1984, in Managua.

BANCO CENTRAL DE NICARAGUA

B-165

215-5007-8

# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No. 080-85
AMOUNT    : US$ 15.797.35

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on  **29.09.1991.**
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

    US$  15.797,35
SAY US$  FIFTEEN THOUSAND SEVEN HUNDRED NINETY SEVEN U.S. DOLLARS AND THIRTY
         EIGHT CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this      12      days of      July,      1985      in Managua.

BANCO  CENTRAL  DE  NICARAGUA

15-100

215-5007-8

## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.:  60-8-85
AMOUNT  :  US$ 552.91

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on **29.09.1991.** at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$  552.91

SAY US$  FIVE HUNDRED FIFTY TWO U.S. DOLLARS AND NINETY ONE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July,   1985   in Managua.

BANCO CENTRAL DE NICARAGUA.





*Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua., March 29, 1986.-

SERIES No.: 050-84.-
AMOUNT    : US$6,417.50.-

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification,.promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1991 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$6,417.50.-
SAY US$ SIX THOUSAND FOUR HUNDRED SEVENTEEN UNITED STATES DOLLARS AND FIFTY
CENTS.-
In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this seventeen   days of   January   1987   in Managua.

BANCO   CENTRAL   DE   NICARAGUA.

## Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua., March 29, 1986.-

SERIES No.: **10-3/84**
AMOUNT   : US$224.61.-

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29, 1991 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$224.61.-
   SAY US$ TWO HUNDRED TWENTY FOUR UNITED STATES DOLLARS   AND SIXTY ONE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this seventeen   days of  January    1987  in Managua.

BANCO  CENTRAL  DE  NICARAGUA.

218-5007-8



# Banco Central de Nicaragua

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 90-85
AMOUNT    : US$6,845.40

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1991 at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 6,845.40
   SAY US$ SIX THOUSAND EIGHT HUNDRED FORTY FIVE U.S. DOLLARS AND FORTY CENTS.-

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this 12 days of July 198 5 in Managua.

BANCO CENTRAL DE NICARAGUA.



## *Banco Central de Nicaragua*

PROMISORY NOTE

Managua, Nicaragua.

SERIES No.: 70-9-85

AMOUNT   : U.S 239.59

For the value received, we the undersigned, the Central Bank of the Republic of Nicaragua, Managua, Nicaragua, hereby irrevocably and unconditionally, without protest or notification, promise to pay against this promisory note to Udruzena Beogradska Banka, Belgrade, Yugoslavia, or to its order on September 29,1991
at the office of Udruzena Beogradska Banka, Knez Mihajlova 2-4, Belgrade, Yugoslavia, the amount of:

US$ 239.59

SAY US$ TWO HUNDRED THIRTY NINE U.S. DOLLARS AND FIFTY NINE CENTS.

In lawful money of the United States of America, exclusive of any other currency.

Should we fail to pay when due any amount due under this promisory note, we shall pay interest on the unpaid amount from the date when such amount fell due up to the date of actual payment, I.E. to the date of receipt of such amount by Udruzena Beogradska Banka, as well as before judgement at the rate of 4-0/0/four per cent/ per annum, calculated on the basis of the actual number of days elapsed and a year of 360 days.

All payments/whether of principal, overdue interest or otherwise/to be made by us under this promisory note shall be made free and clear of and without deduction of any taxes, leies, imposts, duties, charges, fees, deductions, witholdings, restrictions or conditions of any nature now or hereafter imposed by the Republic of Nicaragua or any taxing authority or subdivision thereof or therein. If at any time any applicable law in Nicaragua requires us to make any such deduction or witholding from any such payment, we shall pay such additional amount.

As may be necessary to ensure that the net amount received by the holder of this promisory note shall equal the gross amount of principal and overdue interest/if any/ due, the Bank hereby waives all rights to demand for payment, settlement, protest or notice of destinor.

We certify and warrant that all authorizations required will respect to the issue of this promisory note and the performance thereof have been duly obtained and are valid in compliance with the applicable laws and regulations of the Republic of Nicaragua.

This promisory note issued persuant to the terms of a Credit Agreement dated of October 4, 1983, among the Bank and Udruzena Beogradska Banka, and is subject to the terms and is entitled to the benefits thereof. It may be prepaid and payment may be accelerated as provided in the Credit Agreement.

The non-exercise by the holder thereof of any of its rights hereunder in any particular instance shall not constitute a waiver thereof in that or any subsequent instance.

Signed this   12   days of   July   1985   in Managua.

BANCO CENTRAL DE NICARAGUA