UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Inex-Interexport Belgrade *et al.* ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No._____ |
| ) | |
| The Republic of Nicaragua *et al.* ) | |
| ) | |
| Defendant ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any Plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com