CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Inex-Interexport Belgrade et al.

_____
Plaintiff(s)

vs.                                                          Civil Action No.: 1:07cv00638

The Republic of Nicaragua et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Banco Central de Nicaragua            Licenciado Samuel Santos López
An Agency And Instrumentality of      Ministerio de Relaciones Exteriores
The Republic of Nicaragua             Del Antiguo Cine González 1 c.
KM. 7 Carretera Sur                   al Sur sobre Avenida Bolivar
Apartado Postal 2252-2253             Managua, Nicaragua
Managua, Nicaragua

by: (check one)    ☐   registered mail, return receipt requested
                   ☑   DHL

pursuant to the provisions of: (check one)
                   ☐   FRCP 4(f)(2)(C)(ii)
                   ☑   28 U.S.C. § 1608(a)(3) as to The Republic of Nicaragua
                   ☑   28 U.S.C. § 1608(b)(3)(B) as to Banco Central de Nicaragua

(Signature)

Philip M. Musolino #294652
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883

(Name and Address)

**RECEIVED**
APR 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT