AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DF FAP FAMOS MFK CORPORATION LTD, INEX-
INTEREXPORT BELGRADE, 14 OCTOBER
KRUSEVAC, IMT AD BELGRADE )

Plaintiff(s) ) **APPEARANCE**
)
)
vs. ) CASE NUMBER   07-638
REPUBLIC OF NICARAGUA )
)
Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Danielle M. Espinet_____   as counsel in this
(Attorney's Name)

case for:   DF FAP FAMOS MFK CORPORATION LTD, INEX-INTEREXPORT BELGRADE, 14 OCTOBER
KRUSEVAC, IMT AD BELGRADE_____
(Name of party or parties)

05-11-2007_____
Date

478553_____
BAR IDENTIFICATION

_____
Signature

Danielle M. Espinet_____
Print Name

14915 River Road_____
Address

Potomac MD 20854_____
City         State         Zip Code

240 632 0903_____
Phone Number