IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INEX-INTEREXPORT BELGRADE, 14 OCTOBER KRUSEVAC, IMT AD BELGRADE, DP FAP FAMOS, AND MFK CORPORATION**<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**THE REPUBLIC OF NICARAGUA**<br>**Licenciado Samuel Santos López**<br>**Ministerio De Relaciones Exteriores**<br>**Del Antiguo Cine Gonzáles 1 c.**<br>**Al Sur sobre Avenida Bolivar**<br>**Managua, Nicaragua**<br><br>**BANCO CENTRAL DE NICARAGUA**<br>**An Agency and Instrumentality of the**<br>**Republic of Nicaragua**<br>**KM. 7 Carretera Sur**<br>**Apartado Postal 2252-2253**<br>**Managua, Nicaragua**<br><br>　　　　　　Defendants. | Case No. 1:07CV00638 (RBW) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

　　　I, the undersigned, counsel of record for Banco Central de Nicaragua, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Banco Central de Nicaragua which have any outstanding securities in the hands of the public.

Dated: Washington, D.C.
       June 29, 2007

                                      Respectfully submitted,

                                      By: /s/ Matthew D. Slater
                                          Matthew D. Slater (D.C. Bar # 386986)
                                          Cleary Gottlieb Steen & Hamilton LLP
                                          2000 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20006-1801
                                          Telephone:  (202) 974-1500
                                          Facsimile:  (202) 974-1999

                                          Jonathan I. Blackman
                                          Christopher P. Moore
                                          Cleary Gottlieb Steen & Hamilton LLP
                                          One Liberty Plaza
                                          New York, New York 10006
                                          Telephone:  (212) 225-2000
                                          Facsimile:  (212) 225-3999

                                          Attorneys for the Defendants The Republic of
                                          Nicaragua and Banco Central de Nicaragua