## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Inex-Interexport Belgrade *et al.* | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| vs. | ) Civil Action No. 1:07cv00638 (RBW) |
|  | ) |
| The Republic of Nicaragua *et al.* | ) |
|  | ) |
| Defendant | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The clerk of the court will please note that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiffs hereby dismiss the instant action without prejudice.

Respectfully submitted,

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

SJR by _____
Sylvia J. Rolinski, Esq. # 430573
Danielle M. Espinet # 478553
*Rolinsko & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on July 10, 2007 to:

Matthew D. Slater
*Cleary Gottlieb Steen & Hamilton, LLP*
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006

Jonathan I. Blackman
Christopher P. Moore
*Cleary Gottlieb Steen & Hamilton, LLP*
One Liberty Plaza
New York, NY 10006

                                              Philip M. Musolino